JEANETTE ZYGMANIAK, INDIVIDUALLY AND AS ADMIN-
ISTRATRIX *AD-PROSEQUENDUM* OF THE ESTATE OF
GEORGE ZYGMANIAK, DECEASED, PLAINTIFF-RE-
SPONDENT, v. KAWASAKI MOTORS CORP., U. S. A., A
DELAWARE CORPORATION AUTHORIZED TO DO BUSI-
NESS IN THE STATE OF NEW JERSEY, DEFENDANT-
APPELLANT.

Argued May 28, 1975—Decided June 9, 1975.

*Mr. John I. Lisowski* argued the cause for appellant,
(*Messrs. Morgan, Melhuish, Monaghan, McCoid and Spiel-
vogel,* attorneys).

*Mr. Robert N. Wilentz* argued the cause for respondent
(*Messrs. Wilentz, Goldman and Spitzer,* attorneys).

PER CURIAM. Leave to appeal having been improvidently
granted, the order of March 20, 1975 is vacated and the mat-
ter is dismissed.

*For dismissal*—Chief Justice HUGHES, Justices MOUN-
TAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and
Judge CONFORD—7.

*Opposed*—None.